York, as Liquidator of the Business and Property in the State of New York of Yokohama Specie Bank, Ltd., Appellant-Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 274 App. Div. 781.]

HELEN GAYNES, Respondent, v. HERBERT OBERMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of JAMES F. O'KELLY, Petitioner, against W. BRUCE COBB, as Acting Presiding Justice of the Domestic Relations Court of the City of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

1490 REALTY CORP., Appellant, v. HELEN C. McCABE, et al., Respondents. In the Matter of the Application of OLIVER C. WAGSTAFF, as Trustee, et al., for Leave to Sell Real Property, Respondents. 1490 REALTY CORP., Appellant; FELIX A. MULDOON, as Guardian ad Litem for SARA A. VANNECK et al., Infants, Respondents.— Judgment, and orders entered November 6, 1947 and October 20, 1947, respectively, unanimously affirmed, with costs to the defendants-respondents. Order entered May 6, 1947, so far as appealed from, unanimously affirmed, with printing disbursements to the respondents in the proceeding. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 274 App. Div. 782.]

OMER GELINAS, Appellant, v. KURT H. RICHTER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of BERLANDIS HOLDING CORP., Appellant. GILES TORY, Respondent.— Order unanimously modified by increasing the fair and reasonable rent for the premises under review to $2,100 per annum and as so modified affirmed, with costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

In the Matter of WILLIAM ANNETTE, Doing Business under the Name of TRI-BORO RADIO PUBLISHING Co., Appellant, against NEW YORK TELEPHONE COMPANY, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 274 App. Div. 782.]

SAMUEL SEGAL, Respondent, v. LOUIS SEGAL, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

NODOL CORPORATION, Respondent, v. MAURICE A. WALLY, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

MARIE ROBINSON, Respondent, v. BERTHA ROBINSON et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 274 App. Div. 821.]

FRANK A. LEDWITH, Appellant, v. HUGO IGNATIUS et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 274 App. Div. 782.]